UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INFORMATION

      - v. -                       :    07 Cr.

AUSTIN KEY,                       :    **07 CRIM 995**

           Defendant.           :
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

    The United States Attorney charges:

    1.  In or about August 2007, in the Southern District of New York and elsewhere, AUSTIN KEY, the defendant, being a public official, corruptly demanded, sought, received, accepted, and agreed to receive a thing of value personally in return for being influenced in the performance of an official act, and in return for committing and aiding in committing, and colluding in and allowing a fraud on the United States, to wit, KEY, a United States Army Captain responsible for procurement in Baghdad, Iraq, accepted $50,000 in cash in exchange for steering United States Army contracts to a particular company.

    (Title 18, United States Code, Section 201.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2007

_/s/ Michael Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**AUSTIN KEY,**

Defendant.

### INFORMATION

07 Cr.   (AKH)

(Title 18, United States Code, Section 201)

MICHAEL J. GARCIA
United States Attorney

10/24/07 Waiver of Indictment filed & arraignment held. Def pres w/atty Raymond Granger. AUSA Katherine Lemire present. Court Reporter Denise Richards present. Def pleads not guilty to Information as charged. Next conf. scheduled for 12/3/07 @ 9:45. Time excluded in interest of justice to 12/3/07.

Hellerstein, J.